## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
*Filed Electronically*

| | | |
|---|---|---|
| **CHARLES TINSLEY STEWART,** | : | Judge Charles R. Simpson, III |
| **Plaintiff,** | : | Case No. 3:08CV-272-S |
| vs. | : | |
| **ABSO, INC.,** | : | **DEFENDANT ABSO INC.'S NOTICE OF REMOVAL** |
| and | : | |
| **RHONDA CRAVEN** | : | |
| and | : | |
| **HOSPARUS, INC.,** | : | |
| and | : | |
| **JOSEPH ROTELLA,** | : | |
| **Defendants.** | : | |

Pursuant to 28 U.S.C. §1441, Defendant/Petitioner Abso, Inc. ("Abso") seeks removal to this Court. In support thereof, Abso states as follows:

1. Abso, Rhonda Craven ("Craven"), Hosparus, Inc. ("Hosparus"), and Joseph Rotella ("Rotella") are the only four defendants in a civil action entitled *Charles Tinsley Stewart v. Abso, Inc., et al.* civil action number 08-CI-4863. This action was filed in the Jefferson Circuit Court, 7th Division. This Notice of Removal is filed with the consent of all defendants.

2. This action was filed on or about April 30, 2008. Abso was first served with a Summons and Complaint on May 2, 2008. A copy of the Summons and Complaint is attached as

Exhibit 1. Exhibit 1 includes all process and pleadings served upon Abso. No further action has been taken in the Jefferson Circuit Court.

3. This action involves a claim that Abso published false information regarding Plaintiff to Hosparus, in alleged violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681. The Plaintiff seeks compensatory and punitive damages.

4. Because an action under the FCRA is a civil action arising under the Constitution, laws, or treaties of the United States, the United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. Therefore, removal of the entire action is appropriate pursuant to 28 U.S.C. § 1441.

5. This Notice of Removal is filed within 30 days after receipt by Abso of a copy of the initial pleadings setting forth the claims for relief, by service of process or otherwise, and is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Notice of the filing of the notice of removal will be given to all parties and the clerk of court in accordance with 28 U.S.C. § 1446(d), and this Notice of Removal is being served per the Certificate of Service.

7. Abso has filed an Answer concurrent with this Notice of Removal. The Answer is attached hereto as Exhibit 2.

8. Abso has also filed a Civil Cover Sheet and Corporate Disclosure Statement, which are attached hereto as Exhibits 3 and 4, respectively.

\* \* \*

WHEREFORE, Petitioner, Abso, Inc., respectfully requests that this action be removed to this Court.

Dated: May 21, 2008.

Respectfully submitted,

/s/ John M. Spires
Elizabeth M. Shaffer, Esq. (90192)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 977.8200
Facsimile: (513) 977.8141
elizabeth.shaffer@dinslaw.com

John M. Spires, Esq. (91418)
DINSMORE & SHOHL LLP
250 W. Main Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
john.spires@dinslaw.com
*Attorneys for Defendant,*
*Abso, Inc.*

With the consent of:

/s/ Shannon Hamilton, Esq.
(By EMS per e-mail authorization to
EMS on 5/20/08)
Shannon Hamilton, Esq.
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 681-0469
Facsimile: (502) 779-8262
shamilton@stites.com
*Attorney for Hosparus, Inc., Rhonda Craven, and*
*Joseph Rotella*

## CERTIFICATE OF SERVICE

 On May 21, 2008, I electronically filed the foregoing through the ECF system. A copy was also served via U.S. mail upon the following:

 John Frith Stewart, Esq.
 Stewart, Roelandt, Stoess, Craigmyle, and Emery, PLLC
 6506 W. Hwy. 22
 P.O. Box 307
 Crestwood, KY 40014

 Shannon Hamilton, Esq.
 Stites & Harbison, PLLC
 400 West Market Street, Suite 1800
 Louisville, KY 40202-3352

            /s/ John M. Spires
            Counsel for Defendant Abso, Inc.

1504762