May. 2. 2008 10:29AM    KY LENDERS ASSIST                                    No 4454    P. 3

| AOC-105           Doc. Code: CI | | Case No. 08-CI-04863 |
|---|---|---|
| Rev. 1-07   04/29/2008 08:52 am | | Court ☑ Circuit ☐ District |
| Page 1 of 1   Ver. 1.02 | | |
| Commonwealth of Kentucky | | County  Jefferson |
| Court of Justice   www.courts.ky.gov | CIVIL SUMMONS | |
| CR 4.02; CR Official Form 1 | | |

**PLAINTIFF**

Charles        Tinsley        Stewart

VS.

**DEFENDANT**

Abso, Inc

**Service of Process Agent for Defendant:**

Kentucky Lenders Assistance, Inc.

828 Lane Allen Road, Suite 219

Lexington                                        Kentucky         40504

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: APR 30 2008 , 2____

_____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____ .

Served by: _____

_____ Title

May. 2. 2008 10:29AM    KY LENDERS ASSIST                                No.4454   P. 4

**08CI04868**

CIVIL ACTION NO. _____

JEFFERSON CIRCUIT COURT
DIVISION _____

HON. _____ JEFFERSON CIRCUIT COURT DIVISION SEVEN (7)

CHARLES TINSLEY STEWART                                              PLAINTIFF

vs.                          ***VERIFIED COMPLAINT***

ABSO, INC.
    Serve: Kentucky Lenders Assistance, Inc.
       828 Lane Allen Road
       Suite 219
       Lexington, Kentucky 40504

and

RHONDA CRAVEN
    Serve: By Kentucky Secretary of State

       Rhonda Craven
       3009 Douglas Boulevard
       Roseville, California 95661

and

HOSPARUS, INC.
formerly and also known as
ALLIANCE OF COMMUNITY HOSPICES & PALLATIVE CARE SERVICE
    Serve: Phillip Marshall, Registered Agent
       3532 Ephraim McDowell Drive
       Louisville, Kentucky 40205-3224

and

JOSEPH ROTELLA, M.D.
    Serve: Joseph Rotella, M.D.
       3532 Ephraim McDowell Drive
       Louisville, Kentucky 40205-3224                      DEFENDANTS

Plaintiff, Charles Tinsley Stewart, states as follows for his Verified Complaint:

1. Plaintiff brings this action seeking compensatory damages for wrongful interference with a business expectation, defamation, and violations of the Fair Credit Reporting Act (15 U.S.C. § 1681).

2. Plaintiff is a resident of Jefferson County, Kentucky.

3. Defendant ABSO, Inc., is a California corporation and it is registered as a foreign corporation with the Kentucky Secretary of State. It has an office in Louisville, Jefferson County, Kentucky, and it conducts substantial business within the Commonwealth of Kentucky and Jefferson County. At all times relevant to Plaintiff's claims herein, ABSO, Inc. was engaged in the business of conducting background checks for Defendant Hosparus, Inc.

4. Defendant Rhonda Craven was, at all times relevant to Plaintiff's claims herein, an agent of ABSO, Inc., or, in the alternative, she was acting outside the scope of her employment when she did engage in acts, or did fail to take action, which caused injury to the Plaintiff. It is not known whether Rhonda Craven is a resident of the State of California or the Commonwealth of Kentucky.

5. Defendant Hosparus, Inc., is a Kentucky non-profit corporation and it is registered with the Kentucky Secretary of State. It has an office in Louisville, Jefferson County, Kentucky, and it conducts substantial business within the Commonwealth of Kentucky and Jefferson County. At all times relevant to Plaintiff's claims herein, ABSO, Inc. was engaged in the business of conducting background checks for Defendant Hosparus, Inc.

6. Defendant Joseph Rotella, M.D. was, at all times relevant to Plaintiff's claims herein, an agent of Hosparus, Inc., or, in the alternative, he was acting outside the scope of his employment when he did engage in acts, or did fail to take action, which caused injury to the

Plaintiff. Joseph Rotella, M.D. is a resident of the Commonwealth of Kentucky.

7. Plaintiff was seeking employment with Alliance of Community Hospices & Palliative Care Service/Defendant Hosparus, Inc. in Jefferson County, Kentucky. ABSO, Inc. and/or Rhonda Craven did publishing false information to Alliance of Community Hospices & Palliative Care Service/Defendant Hosparus, Inc. and/or Joseph Rotella, M.D.

8. The Defendants ABSO, Inc. and/or Rhonda Craven did wrongfully interfere with the business expectation of the Plaintiff by publishing false information. This wrongful interference was reckless, or motivated by either ill will or a desire to do injury to the Plaintiff.

9. The Defendants, individually, and/or collectively, did publish a false and defamatory statement, or did publish false and defamatory statements, about the Plaintiff, and did thereby cause injury to the Plaintiff.

10. The Defendants, individually, and/or collectively, did not exercise ordinary care to determine whether this false and defamatory statement, or statements, was, or were, true or false.

11. Plaintiff has suffered, and is reasonably certain to suffer in the future as a direct result of the statement(s) having been made.

12. Plaintiff is entitled to an award of monetary damages in an amount that will fairly and reasonably compensate him for whatever damage that he has sustained or is reasonably certain to endure hereafter as a result of the publication of the false and defamatory statement or statements, and his other losses.

13. The Defendants' actions, and failure to take action, individually, and/or collectively were intended to injure the Plaintiff, or were with flagrant indifference to the rights of the Plaintiff and with subjective awareness that such treatment would harm the Plaintiff, and said mistreatment was specifically intended to subject Plaintiff to cruel and unjust hardship.

14. As a result of the publication of the false and defamatory statement or statements, Alliance of Community Hospices & Palliative Care Service/Defendant Hosparus, Inc. and/or Joseph Rotella, M.D. decided, wrongfully, not to hire the Plaintiff for a job for which he was well qualified.

15. Plaintiff has suffered damages in an amount sufficient to invoke the legal and equitable jurisdiction of the Jefferson Circuit Court.

WHEREFORE, Plaintiff demands:

A. Judgment granting Plaintiff an award of compensatory and punitive damages, in an amount to be proven at trial;

B. Reimbursement for Plaintiff's costs herein expended, and an award of a reasonable attorneys' fees;

C. Trial by jury; and

D. Such other relief to which Plaintiff may appear entitled.

**VERIFICATION**

I, Charles Tinsley Stewart, state that I am the Plaintiff in the foregoing Verified Complaint and that the statements and allegations contained herein are true to the best of my knowledge and belief.

Charles Tinsley Stewart, Plaintiff

STATE OF KENTUCKY   )
                    )
COUNTY OF JEFFERSON )

Subscribed and sworn to before me by Charles Tinsley Stewart, on this 26th day of April, 2008.

My commission expires:    22 October 2009

NOTARY PUBLIC,
STATE-AT-LARGE

Respectfully submitted,

**STEWART, ROELANDT, STOESS, CRAIGMYLE, & EMERY, PLLC**

**JOHN FRITH STEWART**
**ASHLEY AHRENS FLYNN**
**STEPHEN C. EMERY**
6506 W. Hwy. 22
P.O. Box 307
Crestwood, KY 40014
Telephone:  502/241-4660
Facsimile:  502/241-9301

**COUNSEL FOR PLAINTIFF**