**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

CHARLES TINSLEY STEWART                                                                    PLAINTIFF

V.                                                                                       NO. 3:08CV-00272-JDM

ABSO, INC., et al.                                                                              DEFENDANT

## **ORDER**

The defendants have filed motions for summary judgment in this action (docket nos. 24 and 25). Having considered the motions, being otherwise sufficiently advised, and for the reasons stated more fully in the memorandum opinion entered concurrently herewith, **IT IS HEREBY ORDERED** that the defendants' motions for summary judgment are **GRANTED,** and plaintiff's claims against them are hereby **DISMISSED WITH PREJUDICE.**

This is a final and appealable order.

DATE:

cc: counsel of record